David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorney for Plaintiff
*LISA A. SCHMITZ*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA A. SCHMITZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: |
| EQUIFAX INFORMATION SERVICES, LLC | : |
| Defendant. | : |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3, LISA A. SCHMITZ who is Plaintiff, makes the following disclosure:

1. The party is not a publicly held corporation or other publicly held entity.

2. The party does not have a parent corporation.

3. There is no 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity.

4. There is no any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

5. The party is not a trade association.

6. The case does not arise out of a bankruptcy proceeding.

Dated: January 14, 2019

        Respectfully submitted,

By   /s/ David H. Krieger, Esq.
      David H. Krieger, Esq.
      Nevada Bar No. 9086
      HAINES & KRIEGER, LLC
      8985 S. Eastern Ave., Suite 350
      Henderson, NV 89123
      Phone: (702) 880-5554
      FAX: (702) 385-5518
      Email: dkrieger@hainesandkrieger.com